UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

STEVEN HEATER,

      Plaintiff,

    v.                                      Civil Action No. 1:21-cv-00067

KILOLO KIJAKAZI,
Acting Commissioner
of Social Security,

      Defendant

## **ORDER**

**AND NOW**, this 21st day of January, 2022, upon consideration of **Defendant's Consent Motion to Remand**, it is hereby **ORDERED** that this Motion is granted, and this action is remanded in accordance with Defendant's Motion. This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

BY THE COURT:

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE